# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ABDULRAHIM ABDUL RAZAK AL GINCO, | ) ) ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | Civil Case No. 05-1310 (RJL) |
| BARACK H. OBAMA, *et al.,* | ) ) ) | |
| Respondents. | ) | |

## FINAL JUDGMENT

For the reasons set forth in the classified Memorandum Opinion entered this date, and for the reasons set forth on the record at the hearing held on June 22, 2009, it is, this 17th day of July, 2009, hereby

**ORDERED** that Petitioner Abdulrahim Abdul Razak Al Ginco's petition for writ of habeas corpus is **GRANTED**. It is further

**ORDERED** that respondents are directed to take all necessary and appropriate diplomatic steps to facilitate the release of petitioner Janko forthwith.

**SO ORDERED**.

_____
RICHARD J. LEON
United States District Judge